

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2007

<u>BY FACSIMILE</u>
Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re:  <u>United States</u> v. <u>Phil Endellicate et al.</u>, 07 Cr. 889

Dear Judge Katz:

  Three defendants in the above-captioned case were arrested this morning, and will be presented later today. In order to facilitate their presentment, the Government respectfully requests that the above-captioned indictment be unsealed and assigned to a District Judge (Wheel B).

            Respectfully submitted,

            MICHAEL J. GARCIA
            United States Attorney
            Southern District of New York

      By:  _____
          Benjamin Gruenstein
          Assistant United States Attorney
          (212) 637-2315

SEP 2 0 2007

SO ORDERED:

_____
United States Magistrate Judge

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK