ORIGINAL

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ALLAN HANDLER | DOCKET NO.<br>**07 CRIM.** | MAGISTRATE'S CASE NO.<br>**889** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>ALLAN HANDLER | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conducting an illegal gambling business; conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371, 1955 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>9/19/2007 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>DAVID P. FERNSTEIN, JR. | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.