# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elizabeth A. Maresca



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

RECEIVED
NOV 16 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lyn Kennedy Slater, C.S.W., Ph.D.

November 16, 2007

BY FACSIMILE - (212) 805-7917
The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

**MEMO ENDORSED**

Re:    United States v. Phil Endellicate, et al.
       Index No.: 07-cr-889

Dear Judge Patterson:

We represent Mr. Alan Handler in the above captioned matter. With the Government's consent, we respectfully request that the date by which we file motions or indicate to the Court that we will not be filing motions be adjourned from November, 21, 2007 until December 21, 2007. We are currently discussing a possible disposition with the Government. If granted, the Government's new motions date would be Friday, January 4, 2008, with an oral argument date of Monday, January 7, 2008 or any date thereafter convenient to Your Honor.

Of course, if we reach an agreement regarding disposition, we will notify the Court immediately.

This is our first request for an adjournment and the defendant consents to the exclusion of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161.

Thank you for your consideration in this matter.

*[Handwritten endorsement: Application Granted. Def. will file motions by 12/21/07. Government response: 1/4/08. Oral argument 1/7/08 at 4 PM. So ordered. Robert P. Patterson]*

Respectfully,

*[signature]*

Michael W. Martin, Esq.
Lincoln Square Legal Services, Inc.
Attorney for Defendant
Allan Handler

Fordham University School of Law ~ 33 West 60th Street, Third Floor ~ New York, NY 10023
Phone: (212) 636-6934    Fax: (212) 636-6923

Legal Interns
William Bave
Maranda Rosenthal

CC **BY FACSIMILE**:
Benjamin Gruenstein, Esq.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2315
Fax: (212) 637-0097

Kenneth Alan Paul, Esq.
Law Office of Kenneth A. Paul
111 Broadway, Suite 707
New York, NY 10006
(212) 587-8000
Fax: (212) 732-8460
Attorney for Defendant
Phil Endellicate

Winston Lee, Esq.
20 Vesey Street, Suite 400
New York, NY 10007
(212) 267-1911
Fax: (212) 964-2926
winstonleelaw@aol.com
Attorney for Defendant
Paul Barone

John J. Fahy, Esq.
201 Route 17 North, 10th floor
Rutherford, NJ 07070
(201) 438-0200
Fax: (201) 623-5888
Attorney for Defendant
Steven Smith

James Roth, Esq.
299 Broadway Ave., Suite 800
New York, NY 10007
(212) 619-4240
Fax: (212) 619-6743
jmroth@lycos.com
Attorney for Defendant Marie Fidone

Martin R. Stolar, Esq.
Law Office of Martin R. Stolar
351 Broadway
New York, NY 10013
(212) 219-1919
Fax: (212) 941-0980
Mrslaw37@hotmail.com
Attorney for Defendant
Albert Alfonso

David Arthur Ruhnke, Esq.
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
(973) 744-1000
Fax: (973) 746-1490
davidruhnke@ruhnkeandbarrett.com
Attorney for Defendant
Joseph Rulli

Murray Richman, Esq.
Law Offices of Murray Richman
2027 Williamsbridge Rd., 3rd Floor
Bronx, NY 10461
(718) 892-8588
Fax: (718) 518-0674
Mrichman_mr@msn.com
Attorney for Defendant
Ernest Deangelis

Paul Lemole, Esq.
1492 Victory Boulevard
Staten Island, NY 10301
(718) 981-7500
Fax: (718) 720-1882
Attorney for Defendant John LaForte