# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elizabeth A. Maresca

**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lyn Kennedy Slater, C.S.W., Ph.D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

RECEIVED
DEC - 7 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

December 7, 2007

**BY FACSIMILE** - (212) 805-7917
The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Phil Endellicate, et al.</u>
Index No.: 07-cr-889

Dear Judge Patterson:

We represent Mr. Alan Handler in the above captioned matter. With the Government's consent, we respectfully request that Mr. Handler be given permission to travel to Windsor Locks, Connecticut to visit his family on December 25, 2007. The trip will only be for the day and Mr. Handler will return home that evening. He will be at the home of Bill and Kim Gallucci, his brother-in-law and sister-in law, at 51 Grove St. Windsor Locks, CT 06096.

Thank you in advance for your consideration. Please do not hesitate to contact me if you have any questions.

*Application granted.*
*So ordered.*
*Robert P. Patterson*
*USDJ*
*12/10/07*

Respectfully,

James A. Cohen, Esq.
Lincoln Square Legal Services, Inc.
Attorney for Juan Dominguez

cc: Benjamin Gruenstein, Esq. - BY FACSIMILE (212) 637-0097
    Assistant United States Attorney