```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08
```

07 Cr. 889 (RPP)

- against -

**ORDER**

ALLAN HANDLER,

                Defendant.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

Defendant Allan Handler moves to suppress items seized during his arrest and the subsequent search of his apartment and to sever his trial from that of his codefendants. A defendant is entitled to an evidentiary hearing on a motion to suppress if he can show there is a contested issue of material fact. United States v. Pena, 961 F.2d 333, 339 (2d Cir. 1992). To establish a factual dispute, a defendant must submit an affidavit by a person having knowledge of the facts upon which the motion is grounded. United States v. Shamsideen, 2004 WL 1179305 (S.D.N.Y. Mar. 31, 2004); United States v. Viscioso, 711 F. Supp. 740, 745 (S.D.N.Y. 1989). Since Defendant's motion is not supported by such an affidavit, the motion will be denied for failure to raise a factual dispute unless a proper affidavit or affidavits are served and filed before January 14, 2008. Oral argument is adjourned until January 17, 2008, at 10:00 a.m.

IT IS SO ORDERED.

Dated: New York, New York
       January 4, 2008

                                    _____
                                    Robert P. Patterson, Jr.
                                    U.S.D.J.

**Copies of this Opinion and Order sent to:**

*Attorney for Defendant*
James A. Cohen, Esq.
Lincoln Square Legal Services
33 West 60th Street, 3rd Floor
New York, NY 10023
Tel: 212-636-6934
Fax: 212-636-6923

Michael J. Garcia, U.S. Attorney
Southern District of New York
ATTN: Benjamin Gruenstein, A.U.S.A.
One St. Andrew's Plaza
New York, NY 10007
Tel: 212-637-2312
Fax: 212-637-0097