# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elizabeth A. Maresca

**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lyn Kennedy Slater, C.S.W., Ph.D.

**MEMO ENDORSED**



February 5, 2008

By Facsimile Transmission
The Honorable Judge Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

Re:   United States v. Allan Handler
      Index No.: 07-cr-889

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

Dear Judge Patterson:

In response to a telephone message from Your Honor's courtroom deputy, I would like to further explain my reasons for requesting an adjournment of the oral argument and any hearing Your Honor may contemplate on Allan Handler's motion for suppression as presented.

Since the time we suggested this date to the court, Dean William Treanor, the Dean of Fordham University School of Law, requested that I accompany him on a trip to the west coast on matters of business for the law school. My flight leaves tomorrow at 5:15 a.m., unless Your Honor requires me to appear in court on Friday.

As Your Honor may be aware, I am a member of the Criminal Justice Act panel and the attorney of record for Mr. Handler. Though my colleague, Professor Martin, is more than able to explain to Your Honor how we believe the issues will be narrowed, if Your Honor is planning on conducting a hearing on Friday, Mr. Handler has indicated that he wishes for me to conduct it.

In addition, as noted in our letter on February 4th, because of information that has recently come to our attention we believe that additional time will allow us to substantially clarify and narrow the suppression issues before the Court.

Fordham University School of Law--33 West 60th Street, Third Floor--New York, NY 10023
Phone: (212) 636-6934   Fax: (212) 636-6923

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

Should Your Honor be kind enough to grant us the opportunity to submit papers narrowing the issues, the papers will be submitted to Your Honor and the government no later than Monday, February 11, 2008.

Mr. Handler has no objection to the exclusion of time under the Speedy Trial Act between the current argument date and February 27, 2008 or to the date thereafter on which Your Honor resets the argument.

I apologize for this inconvenience.

Thank you for your consideration in this matter.

Respectfully,

James A. Cohen, Esq.
Lincoln Square Legal Services, Inc.
Attorney for Defendant
Allan Handler

Legal Interns
Eva Belich
Robert Gibson

cc (By Facsimile):

Benjamin Gruenstein, Esq.
U.S. Attorney's Office
Fax: (212) 637-0097

David Massey, Esq.
U.S. Attorney's Office
Fax: (212) 637-0097

Kenneth Alan Paul, Esq.
Fax: (212) 374-1506
Attorney for Defendant
Phil Endellicate

Winston Lee, Esq.
Fax: (212) 964-2926
Attorney for Defendant
Paul Barone

John J. Fahy, Esq.
Fax: (201) 623-5888
Attorney for Defendant
Steven Smith

James Roth, Esq.
Fax: (212) 619-6743
Attorney for Defendant
Marie Fidone

Martin R. Stolar, Esq.
Fax: (212) 941-0980
Attorney for Defendant
Albert Alfonso

David Arthur Ruhnke, Esq.
Fax: (973) 746-1490
Attorney for Defendant
Joseph Rulli

> [Handwritten endorsement:] Application granted in part. The Court is required to promptly dispose of motions, particularly in criminal cases, and cannot [accommodate] the [attorney of Fordham] [who will] have its schedule subject to subsequent business activities of Fordham Law School. The conference on Friday will proceed as an evidentiary hearing. The evidentiary hearing may be held there or in the immediate future, not in late March. So ordered. [signed] 2/6/08

Murray Richman, Esq.
Fax: (718) 518-0674
Attorney for Defendant
Ernest Deangelis

Paul A. LeMole, Esq.
Fax: (718)-720-1882
Attorney for Defendant
John LaForte

Case:      United States v. Allan Handler
Index No.  07 Cr. 889 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted in part.*

*The Court is required to promptly dispose of motions, particularly in criminal cases, and cannot have its schedules be subject to subsequent business activities of Fordham Law School. The conference on Friday will proceed as scheduled. The evidentiary hearing must be held then or in the immediate future, not in late March.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 2/6/08*