82D8HANH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

   v.          07 Cr. 889 (RPP)

ALLAN HANDLER,

     Defendant.

------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2/19/08

**MEMO ENDORSED**

            February 13, 2008
            2:15 p.m.

Before:

     HON. ROBERT P. PATTERSON

          District Judge

      APPEARANCES

MICHAEL J. GARCIA
  United States Attorney for the
  Southern District of New York
DAVID MASSEY
  Assistant United States Attorney

LINCOLN SQUARE LEGAL SERVICES
  Attorneys for Defendant
JAMES A. COHEN
MICHAEL MARTIN

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

Docket #33

[Handwritten endorsement:]
Motion Denied. Defendant Allan Handler's motion to suppress certain items seized during his arrest is denied for the reasons stated in this transcript.
So ordered.
Robert P. Patterson
USDJ
2/19/08

    SOUTHERN DISTRICT REPORTERS, P.C.
      (212) 805-0300

Case:      United States v. Allan Handler
Index No.  07 Cr. 889 (RPP)


**MEMO ENDORSEMENT READS:**

*Motion denied.*

*Defendant Allan Handler's motion to suppress certain items seized during his arrest is denied for the reasons stated in this transcript.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 2/19/08*