# LINCOLN SQUARE LEGAL SERVICES, INC.

**Executive Director**
Ian Weinstein

**Supervising Attorneys**
Cheryl G. Bader
James A. Cohen
Elizabeth B. Cooper
Romaine L. Gardner
Brian Glick
Leah A. Hill
Elizabeth A. Maresca

**Supervising Attorneys**
Michael W. Martin
Paul Radvany
Martha Rayner
Beth G. Schwartz
Marcella Silverman
Gemma Solimene

**Supervising Social Worker**
Lyn Kennedy Slater, C.S.W., Ph.D.


RECEIVED JUL -8 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

## MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

July 8, 2008

By Facsimile Transmission
The Honorable Judge Robert P. Patterson, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

Re: United States v. Phil Endellicate, et al.
Index No.: 07-cr-889

Dear Judge Patterson:

I represent Mr. Allan Handler in the above-captioned matter.

In light of several professional time constraints, I respectfully request an adjournment in the sentencing of Mr. Handler until the middle of August 2008. David Massey, the AUSA assigned to the case, has already consented to this purposed agreement and I would greatly appreciate the court's consideration in scheduling.

I've recently been out of the country in Israel and France acting on business for the law school. Additionally, I just concluded a three day Suppression hearing in United States v. Clyde W. Hall 1:07-cr-00406-(RJS), an assigned case before the Honorable Richard J. Sullivan. My law school responsibilities also again take me out of the country to Ireland this Thursday for a week.

Thank you for your consideration in this matter.

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

Respectfully,

James A. Cohen, Esq.

Fordham University School of Law—33 West 60th Street, Third Floor—New York, NY 10023
Phone: (212) 636-6934   Fax: (212) 636-6923

*Application Granted*
*Sentencing adjourned to 8/8/08*
*@ 9:30 am so ordered*
*Robert P. Patterson USDJ*
7/8/08

                                            Lincoln Square Legal Services, Inc.
                                            Attorney for Defendant
                                            Allan Handler

<u>Legal Intern</u>
Ryan Mariner

**cc (By Facsimile):**

David Massey, Esq.
U.S. Attorney's Office
Fax: (212) 637-0097

Case:       United States v. Allan Handler
Index No.   07 Cr. 889 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*Sentencing adjourned to 8/8/08 at 9:30 a.m.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 7/8/08*